IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| DOMANSHAY WILLIS, | : | Case No. 1:22-cv-264 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| ODRC, DIRECTOR, *et al.*, | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 30)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz (Doc. 30), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the complaint against Defendant Darcy Thompson is **DISMISSED** with prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b). The Court **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that for the reasons within the Report and Recommendations an appeal of this Order would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND