**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| DOMANSHAY WILLIS, | : | Case No. 1:22-cv-264 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| ODRC, DIRECTOR, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 50)

The Court has reviewed the Report and Recommendation of United States Magistrate Karen L. Litkovitz (Doc. 50), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Plaintiff failed to timely file any objections to the Report and Recommendation in accordance with Fed. R. Civ. P. 72(b). Thus, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the Court **ORDERS** the following:

1. This matter is **DISMISSED with prejudice** for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

2. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that, for the reasons explained in the Report and Recommendation (Doc. 50), an appeal of this Order would not be taken in good faith. Therefore, Plaintiff is **DENIED** leave to appeal *in forma pauperis*. Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *See Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999),

*overruling in part Floyd v. United States Postal Serv.*, 105 F.3d 274, 277 (6th Cir. 1997).

3. This matter is **TERMINATED** from the Court's docket.

   **IT IS SO ORDERED.**

                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF OHIO

                            By: _____
                                    JUDGE MATTHEW W. McFARLAND